IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 PM 4:55

THOMAS M. GOULD

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Cr. No. 05-10087-T/An

Roy Lester Wade,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on December 19, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:    Steve West
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his/her present bond.

_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    conspiracy to distribute controlled substance

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was: _____ waived _____ not waived.

Defendant's age: 44

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10087 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Steven L. West
WEST & WEST
P.O. Box 400
McKenzie, TN 38201

Honorable James Todd
US DISTRICT COURT